**Connell Foley LLP**
One Newark Center
1085 Raymond Boulevard, 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Wyndham Franchisor, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYNDHAM FRANCHISOR, LLC, a Delaware Limited Liability Company, | : |
| Plaintiff, | : Civil Action No. 22- |
| v. | : |
| MAYFLOWER BUSINESS GROUP, LLC, a New York Limited Liability Company; WEIHONG HU, an individual; and XIAOZHUANG GE, an individual, | : PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT |
| Defendants. | : |

Pursuant to Federal Rule of Civil Procedure 7.1, plaintiff, Wyndham Franchisor, LLC, successor in interest to Wyndham Hotels and Resorts, LLC, hereby certifies that its corporate parent Wyndham Hotel Group, LLC, is a wholly owned subsidiary of Wyndham Hotels & Resorts, Inc., which is publicly held.

No entity owns more than 10% of the common stock of Wyndham Hotels & Resorts, Inc. Wyndham Franchisor, LLC has no publicly held subsidiaries or affiliates.

Connell Foley LLP
Attorneys for Plaintiff,
Wyndham Franchisor, LLC

By: _____
Bryan P. Couch

Dated: 3/2/22

WDF 46730
6074473-1