UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **WYNDHAM FRANCHISOR, LLC,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MAYFLOWER BUSINESS GROUP, LLC, et al.,**<br><br>*Defendants.* | Civil Action No. 22-1133<br><br>ORDER |
| **HOWARD JOHNSON INTERNATIONAL, INC.,**<br><br>*Plaintiff,*<br><br>v.<br><br>**MAYFLOWERS INTERNATIONAL HOTEL MANAGEMENT LLC, et al.,**<br><br>*Defendants.* | Civil Action No. 22-1145<br><br>ORDER |

**THIS MATTER** comes before the Court on Defendants' Objection (the "Objection"), Docket No. 22-1133, ECF No. 49, to the Report and Recommendations of the Honorable Michael A. Hammer to enforce the settlement between the parties (the "R&R"), id. ECF No. 48;

and it appearing that this action involves two consolidated cases: Wyndham Franchisor, LLC v. Mayflower Business Group, LLC, et al., No. 22-1133 (the "Wyndham Action"), and Howard Johnson International, Inc. v. Mayflower International Hotel Management LLC, et al., No. 22-1145 (the "Howard Johnson Action" and, together with the Wyndham Action, the "Actions");

and for the reasons set forth in the August 8th 2024, Order by the Honorable Madeline C. Arleo, Howard Johnson Action, ECF No. 52, and for the reasons set forth in the Honorable Michael A. Hammer's well-reasoned and well-written R&R;

**IT IS** on this ⎯8th day of August, 2024;

**ORDERED** the Honorable Michael A. Hammer's Report & Recommendations, Docket No. 22-1133, ECF No. 48, is **ADOPTED** in its entirety; and it is further

**ORDERED** that the Consent Judgments will be entered within seven (7) days of this Order; and it is further

**ORDERED** that Plaintiff's application for attorney fees is **DENIED**.

s/ *Julien Xavier Neals*
**Hon. Julien Xavier Neals**
UNITED STATES DISTRICT JUDGE