**Connell Foley LLP**
One Newark Center
1085 Raymond Blvd., 19th Floor
Newark, New Jersey 07102
(973) 436-5800
Attorneys for Plaintiff, Wyndham Franchisor, LLC

UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| WYNDHAM FRANCHISOR, LLC, a Delaware Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>MAYFLOWER BUSINESS GROUP, LLC, a New York Limited Liability Company; WEIHONG HU, an individual; and XIAOZHUANG GE, an individual,<br><br>Defendants. | Civil Action No. 22-cv-01133 (JXN)(MAH)<br><br>**CONSENT JUDGMENT** |

THIS MATTER having been opened to the Court by Connell Foley, LLP, attorneys for plaintiff, Wyndham Franchisor, LLC ("WDF"), with the consent of defendants, Mayflower Business Group, LLC, Weihong Hu, and Xiaozhuang Ge, and it appearing that the parties entered into a confidential Settlement Agreement dated November 16, 2023 to resolve the within litigation and, as part of that Confidential Settlement Agreement, defendants, Mayflower Business Group, LLC, Weihong Hu, and Xiaozhuang Ge, willingly executed this Consent Judgment; and good cause appearing

IT IS on this 21st day of August, 2024,

**ORDERED** that judgment be and the same is entered in favor of WDF, and against

defendants, Mayflower Business Group, LLC, Weihong Hu, and Xiaozhuang Ge, jointly and severally, in the amount of One Million Eight Hundred Forty-Six Thousand Four Hundred Fifty Dollars and Fifty-Six Cents ($1,846,450.56), plus interest, attorneys' fees and costs, minus ($ 0        ) that which was already paid pursuant to the Confidential Settlement Agreement, for a total amount due of $1,846,450.56          .

_____
HON. JULIEN NEALS, U.S.D.J.

We hereby consent to the form and entry of this Consent Order:

**Connell Foley, LLP**
Attorneys for Plaintiff,
Wyndham Franchisor, LLC

By. _____
      **Bryan P. Couch**

Date:

**Mayflower Business Group, LLC**

By: _____
Name:
Title:
Date:

**Weihong Hu**

_____
Date:

**Xiaozhuang Ge**

_____
Date:

2